| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: _____ District of Delaware (State) |
| Case number (If known): _____ Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Imerys Talc Italy S.p.A.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  N/A – __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**
   Via Nazionale 121 Porte
   Number    Street
   _____
   10060 Turin, Italy
   City                  State   ZIP Code
   _____
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street
   _____
   P.O. Box
   _____
   City                  State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   City                  State   ZIP Code

5. **Debtor's website (URL)**  https://imerys.com

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor  Imerys Talc Italy S.p.A._____   Case number (*if known*)_____
              Name

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2  1  2  3

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  Imerys Talc Italy S.p.A.
      Name

Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
          District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See attached Schedule 1    Relationship  See attached Schedule 1
       District  See attached Schedule 1    When  02 / 13 / 2019
                                                         MM / DD / YYYY
       Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number    Street

    _____
    City                State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

Debtor  Imerys Talc Italy S.p.A.  
     Name

Case number (*if known*)_____

| 13. | **Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☒ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities**[1] | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 03/09/2025<br>            MM / DD / YYYY<br><br>✗ /s/ Ryan Van Meter            Ryan Van Meter<br>Signature of authorized representative of debtor     Printed name<br><br>Title Authorized Signatory |
|---|---|---|

---

[1] For the avoidance of doubt, such amounts do not include estimates for unliquidated talc-related litigation liabilities.

| | | | |
|---|---|---|---|
| Debtor | Imerys Talc Italy S.p.A. | Case number (if known) | |
| | Name | | |

**18. Signature of attorney**   ✘  /s/ Michael J. Merchant     Date  03/09/2025

Signature of attorney for debtor          MM / DD / YYYY

Michael J. Merchant
Printed name

Richards, Layton & Finger, P.A.
Firm name

One Rodney Square, 920 North King Street
Number       Street

Wilmington                                    DE          19801
City                                          State       ZIP Code

302.651.7854                                  merchant@rlf.com
Contact phone                                 Email address

3854                                          DE
Bar number                                    State

**Schedule 1**

Pending Bankruptcy Cases Filed by Affiliates of the Debtor

       On February 13, 2019, Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc., each an affiliate of the Debtor, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**North American Chapter 11 Cases**").  Contemporaneously herewith, the Debtor filed a motion requesting that its chapter 11 case be jointly administered under the case number assigned to Imerys Talc America, Inc., Case No. 19-10289 (LSS), where the North American Chapter 11 Cases are being jointly administered for procedural purposes only.

| **Debtor** | **Federal Tax ID (last four digits)** |
|---|---|
| Imerys Talc America, Inc. | 6358 |
| Imerys Talc Vermont, Inc. | 9050 |
| Imerys Talc Canada Inc. | 6748 |

DIRECTOR'S CERTIFICATE

IMERYS TALC ITALY S.p.A.

8th MARCH 2025

I, the undersigned Kevin Collins, born in the United States of America, on August 24, 1950, in my capacity as director of Imerys Talc Italy S.p.A., an Italian corporation (the "**Company**"), do hereby certify solely on behalf of the Company and not in my individual capacity, that in such capacity, I am authorized to execute this certificate on behalf of the Company, and further certify that:

Attached hereto as **Exhibit A** is a true, correct, and complete copy of the resolutions duly adopted by the Board of Directors of the Company on the date hereof, and that such resolutions (a) have not been amended, rescinded, or modified since their adoption and remain in full force and effect as of the date hereof, and (b) were adopted in accordance with the provisions of applicable law and the Company's organizational documents.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the date first set forth above.

By: *Kevin Collins*
DocuSigned by: BB8E2A75D8A9435...

Name: Kevin Collins

Title: Director of Imerys Talc Italy S.p.A

# **Exhibit A**

DIRECTORS' STATEMENT

IMERYS TALC ITALY S.p.A.

I, the undersigned Kevin Collins, born in the United States of America, on August 24, 1950, in my capacity as director and legal representative of Imerys Talc Italy S.p.A, a company incorporated under the laws of Italy, with registered office at Via Nazionale 121, Porte (TO), registered with the Companies' Register of Torino, under no. 05930470017, REA TO-746333 (the "**Company**"), do hereby declare and certify and confirm solely on behalf of the Company and without assuming any personal liability, that on March 7, 2025 the board of directors of the Company (the "**Board**") has approved:

a) the commencement of a case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") by the Company (the "**Chapter 11 Case**");

b) in connection with the Chapter 11 Case and in the best interests of the Company the plan of reorganization (the "**Plan**") on terms and conditions substantially similar to those set forth in the form of Plan previously provided to the Board;

c) to authorize each member of the Board of the Company, in each case, acting singly or jointly, be, and each is, authorized, empowered, and directed to take all such steps and do all such acts and things as they shall deem necessary or advisable to commence the Chapter 11 Case, including but not limited to executing, verifying, and delivering a voluntary petition in the name of the Company under Chapter 11 Case and causing the same to be filed with the Bankruptcy Court, the making of any and all other necessary filings with the Bankruptcy Court, and any other filings that such member of the Board determines to be necessary or advisable, the making and execution of any necessary or advisable instruments, certificates, affidavits, or other documents in connection therewith, the signing or endorsement of any checks, posting of any bonds, and the payment of any fees and expenses in such connection, and to take any and all action to make, execute, verify, and file all applications, certificates, documents, or other instruments and to do any and all acts and things that any one or more of them shall deem necessary, advisable, or appropriate in order to carry out the intent and purpose of any and all of the foregoing resolution;

d) that each member of the Board, in each case, acting singly or jointly, be, and each is, authorized, empowered, and directed, with full power to sub-delegate also by appointment of special attorneys, to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, including any and

<ul style="list-style:none">
<li>all loan agreements, documents, notes, guaranties, security agreements, pledge agreements, and all other documents, agreements, or instruments as may be deemed necessary or appropriate by such members of the Board, and to take any and all actions that the member of the Board deems necessary or appropriate, each in connection with the Chapter 11 Case, any post-petition financing, or any cash collateral usage;</li>
</ul>

e) to delegate to each member the authority to approve the form, terms, and provisions of the Plan and the execution, delivery, and performance thereof and the consummation of the transactions contemplated thereunder by the Company, including, without limitation, the amount of and the making of any payments to be made in connection therewith;

f) that each member of the Board, in each case, acting singly or jointly, be, and each is, authorized, empowered, and directed, with full power to sub-delegate also by appointment of special attorneys, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform the obligations arising under, the Plan together with such other documents, agreements, instruments, notices, and certificates as may be required by the Plan;

g) that each member of the Board, in each case, acting singly or jointly, be, and each is, authorized, empowered, and directed, with to sub-delegate also by appointment of special attorneys, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the Plan and/or any related documents which shall, in such member of the Board's sole judgment, be necessary, proper or advisable;

h) that each member of the Board, in each case, acting singly or jointly and in any case with full power to sub-delegate also by appointment of special attorneys will be authorized, empowered and directed to:

   i. employ and retain the law firms of Latham & Watkins LLP and Richards, Layton & Finger, P.A. to act as attorneys for the Company in connection with the Chapter 11 Case;

   ii. employ and retain Alvarez & Marsal North America, LLC as financial advisor to the Company in connection with the Chapter 11 Case;

   iii. employ and retain Kroll Restructuring Administration LLC as claims, noticing, and solicitation agent and administrative advisor for the Company in the Chapter 11 Case;

   iv. employ and retain such legal, restructuring, financial, accounting, and other professionals (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by any member of the Board to assist the Company in carrying out its responsibilities in the Chapter 11 Case and achieving a successful reorganization;

   v. to finalize/confirm/execute the relevant letter of engagement of the Professionals and/or the other professionals selected, for a maximum disbursement consistent with the professionals' budget previously provided to the Company;

vi. to procure that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

By: *Kevin Collins*

Name: Kevin Collins

Title: Director of Imerys Talc Italy S.p.A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| In re: | : | Chapter 11 |
| IMERYS TALC ITALY S.P.A.,[2] | : | Case No. 25-_____ (LSS) |
| Debtor. | : | (Joint Administration Requested) |

---

**DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor-in-possession submits the following details of the shareholder holding 10% or more of the above-captioned debtor's stock:

| Shareholder | Address of Shareholder | Percentage Ownership |
|---|---|---|
| Mircal Italia S.P.A. | Via Monaco, n° 34 Modena, Italy | 99.66% |

---

[1] The North American Debtors in these cases, along with the last four digits of each North American Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The North American Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Imerys Talc Italy S.p.A.'s address is Via Nazionale 121 Porte, 10060 Turin, Italy.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
IMERYS TALC AMERICA, INC., *et al.*,[1]                 :   Case No. 19-10289 (LSS)
                                                        :
    Debtors.                        :   (Jointly Administered)
                                                        :
------------------------------------------------------- :
In re:                                                  :   Chapter 11
                                                        :
IMERYS TALC ITALY S.P.A.,[2]                            :   Case No. 25-_____ (LSS)
                                                        :
    Debtor.                         :   (Joint Administration Requested)
                                                        :
------------------------------------------------------- x

**DEBTOR'S LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor-in-possession submits the following list of equity security holders of the above-captioned debtor's stock:

| **Shareholder** | **Address of Shareholder** | **Number of Shares** |
|---|---|---|
| Mircal Italia S.P.A. | Via Monaco, n° 34 Modena, Italy | 4978283 |
| Redacted | Redacted | 68 |
| Redacted | Redacted | 4 |
| Pafina S.R.L | Corso Re Umberto 64, 10128 Torino | 4 |

---

[1] The North American Debtors in these cases, along with the last four digits of each North American Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The North American Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Imerys Talc Italy S.p.A.'s address is Via Nazionale 121 Porte, 10060 Turin, Italy.

| Shareholder | Address of Shareholder | Number of Shares |
|---|---|---|
| Redacted | Redacted | 40 |
| Piccole Partecipazioni S.P.A. | Via Giotto 17  20145, Milano | 774 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 36 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 168 |
| Redacted | Redacted | 100 |
| Redacted | Redacted | 8 |
| Redacted | Redacted | 2250 |
| Redacted | Redacted | 8 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 12 |
| Redacted | Redacted | 92 |
| Redacted | Redacted | 4 |
| Buzzi & C. - S.R.L. | Via Dei Mille 4, 10123 Torino | 220 |
| Redacted | Redacted | 20 |
| Redacted | Redacted | 20 |

2

| Shareholder | Address of Shareholder | Number of Shares |
|---|---|---|
| Redacted | Redacted | 4 |
| Redacted | Redacted | 124 |
| Redacted | Redacted | 44 |
| Redacted | Redacted | 11340 |
| Banca Nazionale Del Lavoro S.P.A. O In Forma Contratta BNL S.P.A. | Via Vittorio Veneto 119 Roma | 200 |
| Redacted | Redacted | 8 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 8 |
| Redacted | Redacted | 12 |
| Redacted | Redacted | 12 |
| Redacted | Redacted | 684 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 144 |
| Redacted | Redacted | 4 |

3

| Shareholder | Address of Shareholder | Number of Shares |
|---|---|---|
| Redacted | Redacted | 188 |
| Redacted | Redacted | 8 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 20 |
| Redacted | Redacted | 4 |
| Redacted | Redacted | 44 |
| Talc De Luzenac | 09250 Luzenac Sur Ariege Francia | 200 |

4

Fill in this information to identify the case:

Debtor name: Imerys Talc Italy S.p.A.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____

☐ Check if this is an amended filing

Case number (if known) _____

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ENGIE ITALIA S.P.A.<br>ATTN: NAME ON FILE<br>CEO<br>VIA CHIESE 72<br>MILANO, MI 20126<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $106,000 |
| 2 | DLL INTERNATIONAL BV<br>ATTN: NAME ON FILE<br>COO<br>VESTDIJK 51<br>EINDHOVEN, CA 5611<br>NETHERLANDS | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $53,000 |
| 3 | BUZZI UNICEM SRL<br>ATTN: NAME ON FILE<br>PRESIDENT<br>VIA LUIGI BUZZI, 6<br>CASALE MONFERRATO, AL 15033<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $33,000 |
| 4 | AUTOTRASPORTI PICCININI SRL<br>ATTN: NAME ON FILE<br>PRESIDENT<br>VIA PARIGI, 8 PRESSO INTERPORTO DI PARMA<br>FONTEVIVO, PR 43010<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $25,000 |
| 5 | EDISON ENERGIA S.P.A.<br>ATTN: NAME ON FILE<br>CEO AND CHAIRMAN<br>FORO BUONAPARTE 31<br>MILANO, MI<br>ITALY | NAME AND EMAIL ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $24,000 |
| 6 | FERRERO S.R.L.<br>ATTN: NAME ON FILE<br>CHIEF EXECUTIVE OFFICER<br>PIAZZA ROMA N1<br>PINEROLO, TO 10064<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $22,000 |
| 7 | LUCION SERVICES LIMITED<br>ATTN: NAME ON FILE<br>HEAD OF KEY ACCOUNTS<br>UNIT 5 GROUND FLOOR, ABBOTTS BUSINESS PARK<br>PRESTON BROOK, RUNCORN<br>  WA7 3GH<br>UNITED KINGDOM | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $20,000 |
| 8 | PELLEGRINI S.P.A.<br>ATTN: NAME ON FILE<br>VIA LORENTEGGIO, 255<br>MILANO, MI 20152<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $15,000 |
| 9 | SCHMIDT ITALIA S.R.L.<br>ATTN: NAME ON FILE<br>VIALE BERBERA, 49<br>MILANO, MI 20162<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $14,000 |
| 10 | BREUZA MATTIA<br>ATTN: PRESIDENT/GENERAL COUNSEL<br>BORGATA DIDIERO 1<br>SALZA DI PINEROLO, TO 10060<br>ITALY | PRESIDENT/GENERAL COUNSEL TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $13,000 |
| 11 | BRA SERVIZI S.R.L.<br>ATTN: NAME ON FILE<br>CORSO MONVISO, 25<br>BRA, CN 12042<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $12,000 |
| 12 | GUALA S.R.L.<br>ATTN: NAME ON FILE<br>VIA ISONZO, 39<br>PINEROLO, TO 10064<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $11,000 |
| 13 | ARVAL SERVICE LEASE ITALIA SPA<br>ATTN: NAME ON FILE<br>CHIEF EXECUTIVE OFFICER<br>VIA PISANA 314/B<br>SCANDICCI, FI 50018<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $10,000 |
| 14 | COMPAGNIA GENERALE TRATTORI (VERCEL<br>ATTN: NAME ON FILE<br>OWNER<br>STRADA STATALE PADANA SUPERIORE ,19<br>MILANO, MI 20090<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $9,500 |
| 15 | TELECOM ITALIA S.P.A.<br>ATTN: NAME ON FILE<br>CHIEF EXECUTIVE OFFICER<br>VIA GAETANO NEGRI 1<br>MILANO, MI 20123<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $8,000 |
| 16 | MERLO AUTOTRASPORTI S.R.L.<br>ATTN: NAME ON FILE<br>CHIEF EXECUTIVE OFFICER<br>VIA CIRCONVALLAZIONE 21<br>BRICHERASIO, TO 10060<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $7,900 |
| 17 | BI ESSE S.P.A.<br>ATTN: NAME ON FILE<br>CHAIRMAN<br>VIA B. CHIARINI, 7<br>FOSSANO, CN 12045<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $5,200 |
| 18 | SCHENKER ITALIANA SPA<br>ATTN: NAME ON FILE<br>CHIEF EXECUTIVE OFFICER<br>VIA FRATELLI BANDIERA 29<br>PESCHIERA BORROMEO, MI 20068<br>ITALY | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | | Estimated $5,200 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | RICOTTO SRL<br>ATTN: NAME ON FILE<br>FRAZIONE SAN GIOVANNI, 66/A 10068<br>VILLAFRANCA P.TE, TO<br>ITALY | NAME AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | Estimated $5,100 |
| 20 | METRAL MECANIZACION DEL TRANSPORTE Y ALMAC<br>ATTN: NAME ON FILE<br>MANAGING DIRECTOR<br>CARRETERA D'ARBUCIES<br>S/N., GI-552 KM.5,5, 17400 BREDA<br>GIRONA,<br>SPAIN | NAME, EMAIL, AND TELEPHONE ON FILE | Accured Trade Payable | Unliquidated | | Estimated $4,800 |